UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rahulkumar M. Patel et al, Plaintiff

V.

Mount Street US LLP et al, Defendant

Case No.
[Put case number here]

APR 3 2023 AM 10:58
FILED-USDC-CT-HARTFORD

## CONSENT TO ELECTRONIC NOTICE
## BY SELF-REPRESENTED LITIGANT

A.  [Complete the first line for electronic notification from the court]

I, _____Rahulkumar M. Patel_____ hereby consent to the court
(name of self-represented litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

B.  [Complete the second line for electronic service from opposing counsel; DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL]

I, _____ hereby consent to opposing
(name of self-represented litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Rahulkumar M. Patel
Name of Self-represented Litigant

121 Providence New London Turnpike
Street Address

North Stonington, CT 06359
City, State, Zip Code

646-474-3177
Telephone

M7partners@gmail.com
Email Address

April 3, 2023
Date

*RP*
Signature

Revised: November 29, 2017

Certificate of Service

I hereby certify that on April 3, 2023, a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by mail on the following: Rahulkumar M. Patel, 121 Providence New London Turnpike, North Stonington, CT 06359.

_____
Signature of Self-represented Litigant

Revised: November 29, 2017